# IN THE COURT OF APPEALS OF TENNESSEE
## AT NASHVILLE

**FILED**

**March 6, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

VAN ADRIAN BARKER,      )
          )
    Plaintiff/Appellant,     )
          )    Sumner Chancery
VS.            )    No. 96D-72
          )
PATSY LOU (RANDOLPH)   )    Appeal No.
SLEDD BARKER,       )    01A01-9704-CH-00192
          )
    Defendant/Appellee.   )

## CONCURRING OPINION

I concur with the court's opinion for two reasons. First, the expenses associated with the upkeep of the Gail Drive house were more than off-set by the rental income from the house. Second, the increase in the value of the house was due, not to Mr. Barker's contributions to the maintenance of the house which were de minimis, but to the appreciation in the value of real property in general.

_____
WILLIAM C. KOCH, JR., JUDGE